# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SEAN KESLER,**

    **Plaintiff,**

                                          **Case No. 14-cv-2093**

   v.                                        **Judge Gregory L. Frost**

**KINETICS NOISE CONTROL, INC. and**
**UNITED OMAHA LIFE INSURANCE COMPANY,**

    **Defendants.**

## ORDER

On December 2, 2015, Plaintiff informed this Court that the above-captioned case has settled. Accordingly, the Court **DIRECTS** the Clerk to terminate as moot the pending motions for judgment as a matter of law. (ECF Nos. 18 & 19.) The parties shall submit their notice of dismissal or agreed dismissal order no later than February 2, 2016.

    **IT IS SO ORDERED.**

                                                          /s/ Gregory L. Frost
                                                     GREGORY L. FROST
                                                     UNITED STATES DISTRICT JUDGE