**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| SEAN KESLER, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:14-cv-2093 |
| | : | |
| v. | : | Judge Gregory L. Frost |
| | : | |
| KINETICS NOISE | : | Magistrate Judge Elizabeth Preston Deavers |
| CONTROL, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**STIPULATED DISMISSAL ENTRY OF ALL CLAIMS,
PURSUANT TO FED. CIV. R. 41, *WITH PREJUDICE***

This matter is before the Court upon the agreement to a dismissal with prejudice by and between the plaintiff, Sean Kesler, by and through counsel, and the defendants, Kinetics Noise Control, Inc. and United of Omaha Life Insurance Company, by and through their counsel.

Upon the representation of the parties and the demonstration of good cause, it is therefore **ORDERED, ADJUDGED AND DECREED** that the above-captioned action be, and hereby is, dismissed with prejudice, and any and all claims of the parties that have been, and which may have been brought by and between the parties against each other are further dismissed *with prejudice*.

**IT IS SO ORDERED.**

December 31, 2015                              /s/   GREGORY L. FROST
Date                                          Judge Gregory L. Frost

SUBMITTED AND APPROVED BY:


/s/ D. Chadd McKitrick

_____
Stanley B. Dritz          (0031395)
E-Mail:        stan@dritzlaw.com
D. Chadd McKitrick   (0073750)
E-Mail:        chadd@dritzlaw.com
400 South Fifth Street, Suite 303
Columbus, Ohio 43215
Telephone:     (614) 464-4644
Facsimile:     (614) 464-0946
*Attorneys for Plaintiff,*
*Sean Kesler*


/s/ Todd A. Brenner, per 12/30/2015 e-mail authorization,
by D. Chadd McKitrick 0073750

_____
Todd A. Brenner          (0051839)
**Brenner Hubble**
555 Metro Place North, Suite 225
Dublin, Ohio 43017
Telephone:     (614) 799-2222
Facsimile:     (614) 799-2370
E-Mail:        todd@brennerhubble.com
*Attorney for Defendants,*
*Kinetics Noise Control, Inc. and*
*United of Omaha Life Insurance Company*

2